# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:07-cr-103-Orl-31KRS

**JESUS EDEN RAMIREZ, JR. (#9)**

_____

## ORDER

Defendant, Jesus Ramirez, Jr. ("Ramirez") is a United States citizen who lives with his wife and two young daughters in Roma, Texas. He lives in a house which he rents from his sister. Defendant's parents recently moved to Texas as permanent resident aliens to be near their children and grandchildren. For the past several years, Ramirez has been gainfully employed, earning approximately $25,000 per year. He has no prior criminal record, except for a DWI and marijuana possession charge in 2003.

On May 30, 2007, Ramirez and co-defendants, Yamil Gonzalez and David Garcia, were caught in a sting operation and charged with conspiracy to possess with intent to distribute more than 1,000 kilograms of marijuana. Although Ramirez was unknown to authorities until the day of his arrest, it appears that he was a significant participant in the conspiracy.

On July 11, 2007, Magistrate Judge Stephen Smith of the Southern District of Texas (Houston Division) held a detention hearing and ordered Ramirez detained pending trial (Doc. 48). Judge Smith found that Ramirez had failed to rebut the presumption that he is a flight risk and a danger to the community. Ramirez has appealed that Order (Doc. 107) and an evidentiary hearing was held before me on October 5, 2007. Defendant's wife and sister testified at the hearing and the Court has

reviewed letters supporting Defendant, the Pretrial Services Report and a transcript of the original detention hearing.

The trial of this case is set for October 29, 2007. Co-defendants, Garcia (detained) and Gonzales (on bond) intend to enter guilty pleas. Ramirez has also indicated his intention to plead guilty and his change of plea hearing is scheduled for October 26, 2007. Defendant's sister has agreed to pledge her house as security for a bond (estimated value of $85,000); however, it would take some time to verify the title and determine the equity in the home. Thus, the offer of security at this point is somewhat illusory.

There is no evidence of violence in Defendant's background and thus no basis to conclude that he represents a danger to the community (except for the drug trafficking allegations). Thus, the critical question presented is whether Ramirez poses a serious risk of flight.

Given the amount of marijuana involved, Defendant's guideline score will likely suggest a lengthy term of imprisonment. Although Ramirez claims to have no family in Mexico, the Presentence Report reflects his ownership of property there. Roma, Texas is a border town whose inhabitants are largely of Mexican descent. Defendant is not fluent in English.

Weighing this evidence, the Court finds that the temptation for Defendant to flee is high, the opportunity to do so relatively easy, and there is no condition or combination of conditions which will reasonably assure the appearance of the Defendant. 18 U.S. C. Sec. 3142(c). Accordingly, it is

**ORDERED** that Defendant's Motion is DENIED. Defendant shall remain in the custody of the U.S. Marshal pending further disposition.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 9, 2007.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Jesus Eden Ramirez, Jr. (#9)

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE